FILED

SHAHIDA ALI
688 FEATHERWOOD DRIVE
DIAMOND BAR, CA 91765
Pro Per

2010 JUN -4   PM 2: 3⁻

CLERK U. ___ ___ COURT
CENT___ ___ __ OF CALIF.
LOS ___ ___ __

BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| SHAHIDA ALI,<br><br>        Plaintiff,<br><br>-VS-<br><br>DOWNEY SAVINGS AND LOAN;<br>CENTRAL MORTGAGE COMPANY;<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY; and DOES 1-100, Inclusive<br><br><br>        Defendants. | Case No.: CV10-3798 GAF (FMOx)<br><br>Los Angeles County Case No.: KC058246<br><br>**PLAINTIFF'S OPPOSITION FOR JUDICIAL NOTICE RE; MOTION TO DISMISS COMPLAINT AGAINST CENTRAL MORTGAGE COMPANY AND DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DOWNEY 2006-AR1 FOR INVALID REMOVAL BASED ON DEFAULT AND CONSENT FROM ALL PARTIES**<br><br>Date: June 28, 2010<br>Time: 9:30 a.m.<br>Ctrm: 740 |

Plaintiff, Shahida Ali, hereby request that the Court deny the request for judicial notice pursuant to 28 USC § 1446[b]), making initial removal invalid and based on the fact that Defendant Deutsche Bank National Trust is in Default with the original complaint in the California Superior Court, County of Los Angeles, not giving them authority to dismiss themselves from the complaint.

      Exhibit A – Proof of Service on April 19, 2010, done by Angeles Legal Services and served to an authorized agent for Deutsche Bank National Trust Company.

1

Exhibit B – Proof of phone records showing the due diligence and efforts by Plaintiff's taken in contacting the mortgage companies in an attempt to resolve the foregoing matters.

Exhibit C – Proof of Service to Defendants Central Mortgage Company and Downey Savings and Loan completed by Angeles Legal Services.

Dated: June 04, 2010

SHAHIDA ALI

PLAINTIFFS OPPOSITION FOR JUDICIAL NOTICE

# EXHIBIT "A"

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br><br>Shahida Ali<br>Shahida Ali<br>688 Featherwood Dr.<br>Diamond Bar, CA 91765<br><br>TELEPHONE NO.:<br><br>ATTORNEY FOR: | **FOR COURT USE ONLY**<br><br>**ORIGINAL FILED**<br><br>MAY 1 2 2010<br><br>**LOS ANGELES SUPERIOR COURT** |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**<br>STREET ADDRESS: 400 Civic Center Plaza<br>CITY AND ZIP CODE: Pomona, 91766<br>BRANCH NAME: Pomona ( Unlimited ) | |
| PLAINTIFF: Shahida Ali<br><br>DEFENDANT: Downey Savings and Loans, Central Mortgage Company, Deutsche Bank National Trust Company. | CASE NUMBER:<br>KC 058246 H |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of:
    f.  other (specifiy documents):
    Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, ADR Information Package.

3.  a.  Party served:
    Deutsche Bank National Trust Company

    b.  Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
    Suzanne Patten / Authorized Agent

4.  Address where the party was served:
    1761 E. Saint Andrew Pl., Santa Ana, CA 92705

5.  I served the party
    a.  **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 4/19/2010 at 4:25 pm

6.  The "Notice to the Person Served" (on the summons) was completed as follows:
    d.  On behalf of: Deutsche Bank National Trust Company
    under the following Code of Civil Procedure section:
        415.95 (business organization, form unknown)

7.  **Person who served papers**
    a.  Name: J. Hernandez
        Firm: Angeles Legal Services
    b.  **Address:** 10808 Foothill Blvd., Suite # 160, Rancho Cucamonga, CA 91730
    c.  **Telephone number:** (909) 821-0984
    d.  **The fee** for the service was: $55.00
    e.  I am:
        (3)  a registered California process server:
            (i)  independent contractor
            (ii)  Registration No.: 1208
            (iii) County: Riverside

Page 1 of 2

| PLAINTIFF: Shahida Ali | CASE NUMBER: |
|---|---|
| DEFENDANT: Downey Savings and Loans, Central Mortgage Company, Deutsche Bank National Trust Company. | KC 058246 H |

8.  **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  5/10/10

_____
J. Hernandez
(NAME OF PERSON WHO SERVED PAPERS)

▶            _____
(SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**            Job Number 2010000228

# EXHIBIT "B"

 at&t

# Minutes Used

| Wireless Usage ZAINAB |
|---|

**FamilyTalk Nation 3000 Rollover & Unlimited Night/Weekend & Unlimited Mobile-To-Mobile Minutes**

**Current Usage Summary - Minutes ZAINAB**

| ANYTIME MINUTES | NIGHTS & WEEKENDS | MOBILE TO MOBILE |
|---|---|---|
| 930 | 43 | 125 |

Current Usage displayed as of:
02/04/2010, 09:02 PM

Important Information

**Next Bill Cycle:** 02/10/2010

Select the Type of Details to View:                                    Phone Book What's this?
**Current View - Minutes** | Data                                  On | Off | Manage

| **MINUTES DETAIL**   (View all your minutes used) | Back to Usage Summary |
|---|---|

Click column headers to sort.

| 01/20 01:25 PM | Toll Free | | DT | |
| 01/20 01:09 PM | Toll Free | 800-806-2132 | DT | |

| DATE  TIME | CALL TO | NUMBER CALLED | RATE PERIOD | FEATURE MINUTES |
|---|---|---|---|---|
| 01/19 01:18 PM | Toll Free | 800-366-2132 | DT | 12 |
| 01/19 12:11 PM | INCOMING | 501-716-5600 | DT | 5 |
| 01/15 03:40 PM | Toll Free | 800-366-2132 | DT | 1 |
| 01/15 03:35 PM | Toll Free | 800-366-2132 | DT | 6 |

| DATE  TIME | CALL TO | NUMBER CALLED | RATE PERIOD | FEATURE MINUTES |
|---|---|---|---|---|

'E MINUTES

| 01/15 01:42 PM | Toll Free | 800-366-2132 | DT | 70 |

**Important:** There are delays in reporting and processing call records. It may take up to two to five days for airtime usage on the AT&T wireless network to show up in any Minutes "Used" category. Additional delays may occur due to technical difficulties. Further delays may apply to roaming usage, which is based on call records received from other carriers. A delay of a minimum of two to ten days for roaming usage is usual and up to 60 days or longer is possible. During the time your invoice is being processed, you may not be able to view your usage or you may experience additional delays in reporting of usage. Minutes used in excess of those available will either be deducted from available Rollover or from another category of usage for which that call is eligible. Minutes "Used" may reflect airtime for unanswered voice mails, administrative calls, and other calls for which you are not billed. This usage information is only an estimate and, regardless of what is shown, your next invoice will be determined by the information contained in our billing system, not this usage information.

**Legend*:**

**Rate Period (PD): DT** (Daytime Minutes); **NW** (Night & Weekend Minutes); **P** (Peak Minutes); **N** (Night Minutes); **W** (Weekend Minutes); **O** (Off-Peak Minutes)

**Call To: VMAIL** (Voicemail); **CALL WAIT** (Call Waiting); ** (International Call Terminated To Mobile)

**Feature: 1** (PTT One-to-One event); **B** (Direct Assistant Call Complete); **C** (Call Waiting); **CW** (Call Waiting); **D** (Data Call); **d** (Directory Assistance); **F** (Call Forwarding); **g** (Push to Talk Group Event); **H** (Group Mobile-to-Mobile Calls); **I** (Incoming Call); **K** (Fax Call); **L** (Expanded Calling); **M** (Mobile-to-Mobile Discount); **M2AN** (A-List); **M2MCNG** (Expanded Mobile To Mobile); **MCELL** (MicroCell Unlimited Voice); **N** (Off-Network); **P** (Priority Access Service); **R** (Roam with Home); **S** (Shared Minutes); **T** (Three Way Calling); **V** (V-VPN); **v** (Voice Activated Dialing); **VM** (Voice Mail); **W** (Nights & Weekends); **Y** (Voicemail Return Call); **9** (Unity/Expanded Calling)

*The codes shown in this legend are most commonly used with Wireless service from AT&T. Additional codes may be present when viewing your bill online.

YELLOWPAGES.COM

©2009, AT&T Intellectual Property.
All Rights Reserved. AT&T, the AT&T logo and all other AT&T marks contained herein are trademarks of AT&T Intellectual Property and/or AT&T affiliated companies.

| DATE TIME | CALL TO | NUMBER CALLED | RATE PERIOD | FEATURE MINUTES |
|---|---|---|---|---|
| 02/01 01:34 PM | Toll Free | 800-366-2132 | DT | 5 |
| 02/01 01:34 PM | Toll Free | 800-366-2132 | DT | 1 |
| 02/01 01:13 PM | Toll Free | 800-366-2132 | DT | 19 |

# EXHIBIT "C"

ORIGINAL AFFIDAVIT

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>*SHAHIDA ALI*<br>*688 FEATHERWOOD DR 91765*<br>TELEPHONE NO.: *(handwritten)*<br>ATTORNEY FOR: | FOR COURT USE ONLY<br><br>ORIGINAL FILED<br>MAY 2 0 2010<br>LOS ANGELES<br>SUPERIOR COURT |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES<br>*400 CIVIC CENTER PLAZA*<br>*Pomona CA. 91766* | |
| PLAINTIFF: SHAHIDA ALI<br>DEFENDANT: DOWNEY SAVINGS AND LOAN; CENTRAL MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY; AND DOES I-100, INCLUSIVE | CASE NUMBER:<br>K C058246 E |
| PROOF OF SERVICE | Ref. No. or File No.: |

1.  I am over 18 years of age and not a party to this action.

2.  Received by ACTION PROCESS SERVICE to be served on **CENTRAL MORTGAGE COMPANY, AT: 801 JOHN BARROW, STE. #1, LITTLE ROCK, AR 72205.**

3.  *Central Mortgage Company by serving the President : Bill Roehrenbeck at the work address provided.*

4.  Date and Time of service: *5-12-2010    3:55 pm*

5.  Description of Person Served: Age: , Sex: , Race/Skin Color: , Height: , Weight: , Hair: , Glasses:
    *59    m    white    5'9"    170    Gray    N*

6.  My name, address, telephone number, and, if applicable, county of registration and number are:
    Name: CHUCK (CHARLES) GORDON-
    Firm: ACTION PROCESS SERVICE
    Address: 3215 Laredo Drive, Little Rock, AR 72206
    Telephone number: (501) 888-5706
    The fee for the service was:

7.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

CHUCK (CHARLES) GORDON

_____          ▶   *C Gordon*   _____
(TYPE OR PRINT NAME OF PERSON WHO SERVED THE PAPERS)                          (SIGNATURE OF PERSON WHO SERVED THE PAPERS)

*Served Bill Roehrenbeck , President, at work place provided..*

Page 1 of 1

**PROOF OF SERVICE**                    Job Number LDF-2010010315

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br><br>Shahida Ali<br>Shahida Ali<br>688 Featherwood Dr.<br>Diamond Bar, CA 91765<br><br>TELEPHONE NO.:<br><br>ATTORNEY FOR: | FOR COURT USE ONLY<br><br>**ORIGINAL FILED**<br><br>MAY 1 2 2010<br><br>LOS ANGELES<br>SUPERIOR COURT<br><br>*By Fax 2005* |
|---|---|

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
 STREET ADDRESS: 400 Civic Center Plaza
CITY AND ZIP CODE: Pomona, 91766
 BRANCH NAME: Pomona ( Unlimited )

| PLAINTIFF: Shahida Ali<br><br>DEFENDANT: Downey Savings and Loans, Central Mortgage Company, Deutsche Bank National Trust Company. | CASE NUMBER:<br>KC 058246 H |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.: |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. other (specify documents):
   Summons, Complaint, Civil Case Cover Sheet, Civil Case Cover Sheet Addendum, ADR Information Package.

3. a. Party served:
      Downey Savings and Loan

   b. Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made):
      Judy Wong / Authorized Agent

4. Address where the party was served:
   1 California St., San Francisco, CA 94111

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party on 5/11/2010 at 12:30 pm

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   d. On behalf of: Downey Savings and Loan
      under the following Code of Civil Procedure section:
         415.95 (business organization, form unknown)

7. Person who served papers
   a. Name: A. Esquer
      Firm: Angeles Legal Services
   b. Address: 10808 Foothill Blvd., Suite # 160, Rancho Cucamonga, CA 91730
   c. Telephone number: (909) 821-0984
   d. The fee for the service was: $95.00
   e. I am:
      (3) a registered California process server:
         (i) independent contractor
         (ii) Registration No.: 1009
         (iii) County: San Francisco

Page 1 of 2

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

**PROOF OF SERVICE OF SUMMONS**

Job Number 2010000219

| PLAINTIFF: Shahida Ali | CASE NUMBER: |
|---|---|
| DEFENDANT: Downey Savings and Loans, Central Mortgage Company, Deutsche Bank National Trust Company. | KC 058246 H |

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:   05-11-10

_____
A. Esquer
(NAME OF PERSON WHO SERVED PAPERS)

▶ _____
(SIGNATURE)

Judicial Council of California
POS-010 [Rev. January 1, 2007]
Form adopted by rule 982.9

PROOF OF SERVICE OF SUMMONS

Page 2 of 2

Job Number 2010000219