SHAHIDA ALI
688 FEATHERWOOD DRIVE
DIAMOND BAR, CA 91765
Pro Per

FILED
2010 JUN -4  PM 2: 37
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| SHAHIDA ALI, <br><br> Plaintiff, <br><br> -VS- <br><br> DOWNEY SAVINGS AND LOAN; CENTRAL MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY; and DOES 1-100, Inclusive <br><br> Defendants. | Case No.: CV10-3798 GAF (FMOx) <br><br> Los Angeles County Case No.: KC058246 <br><br> **DECLARATION OF SHAHIDA ALI IN OPPOSITION OF MOTION TO DISMISS COMPLAINT AGAINST CENTRAL MORTGAGE COMPANY AND DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DOWNEY 2006-AR1 FOR INVALIDITY OF REMOVAL AND DISMISSAL** <br><br> Date: June 28, 2010 <br> Time: 9:30 a.m. <br> Ctrm: 740 |

I, Shahida Ali, declare and state the following:

I filed a Complaint on March 15, 2010 with the California Superior Court, County of Los Angeles on March 15, 2010. I hired Angeles Legal Services to serve all parties within the Complaint and all parties were physically served with acknowledgement from each party that they are authorized to receive such notices. I contact Deutsche Bank and Central Mortgage Company on multiple occasions attempting to work out the situation, tender payment, or apply for assistance programs. I received the Motion to Dismiss and Notice of Removal on May 30,

1  2010. Attached are true and correct copies of the exhibits within all opposition pleadings. I
2  declare under penalty and perjury that the foregoing is true and correct.
3         Executed in Diamond Bar, California, on this 4th day of June 2010.

7  *Shahida Ali* (signature)
8  SHAHIDA ALI