| | |
|---|---|
| 1 | WILLIAM G. MALCOLM #129271 |
| | DON ROBINSON #123411 |
| 2 | MALCOLM ♦ CISNEROS |
| | 2112 Business Center Drive |
| 3 | 2nd Floor |
| | Irvine, California 92612 |
| 4 | Telephone:   (949) 252-9400 |
| | Telecopier:   (949) 252-1032 |
| 5 | |
| | Counsel for CENTRAL MORTGAGE COMPANY, DEUTSCHE |
| 6 | BANK NATIONAL TRUST COMPANY AS TRUSTE FOR |
| | DOWNEY 2006-AR1, and DOWNEY SAVINGS AND LOAN |

**UNITED STATE DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| SHAHIDA ALI, | Case No. CV10-3798 GAF (FMOx) |
| Plaintiff, | |
| vs. | **DOWNEY SAVINGS AND LOAN'S NOTICE OF CONSENT TO REMOVAL** |
| DOWNEY SAVINGS AND LOAN; CENTRAL MORTGAGE COMPANY; DEUTSCHE BANK NATIONAL TRUST COMPANY; and DOES 1-100, Inclusive, | |
| Defendants. | |

**TO: THE HONORABLE GARY A. FEESS, UNITED STATE DISTRICT COURT JUDGE AND, AND PLAINTIFF:**

**PLEASE TAKE NOTICE** that defendant DOWNEY SAVINGS AND LOAN hereby consents to the removal of this action from state to federal court.

Dated:  June 10, 2010         **MALCOLM ♦ CISNEROS**

By:   /s/ William G. Malcolm
William G. Malcolm
Attorneys for CENTRAL MORTGAGE COMPANY, DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTE FOR DOWNEY 2006-AR1, and DOWNEY SAVINGS AND LOAN