SHAHIDA ALI
688 FEATHERWOOD DRIVE
DIAMOND BAR, CA 91765
(951) 743-7452
Pro Per

FILED
2010 JUN 24 PM 12: 16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| SHAHIDA ALI,<br><br>Plaintiff,<br><br>-VS-<br><br>DOWNEY SAVINGS AND LOAN;<br>CENTRAL MORTGAGE COMPANY;<br>DEUTSCHE BANK NATIONAL TRUST<br>COMPANY; and DOES 1-100, Inclusive<br><br>Defendants. | Case No.: 2:10-cv-03798-GAF-(FMOx)<br><br>**DECLARATION OF SHAHIDA ALI IN OPPOSITION OF MOTION TO VACATE DEFAULT AGAINST DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR DOWNEY 2006-AR1**<br><br>Date: July 12, 2010<br>Time: 9:30 a.m.<br>Ctrm: 740 |

I, Shahida Ali, declare and state the following:

I filed a Complaint on March 15, 2010 with the California Superior Court, County of Los Angeles on March 15, 2010. Deutsche Bank National Trust Company went into default with the court on May 20, 2010. Defendants Counsel entered a Notice of Stay of Proceedings on June 02, 2010 which strictly was the reason indicated as to the Judgment not being entered, due to the Stay of Proceedings. By setting aside the default would cause great harm and prejudice upon me and my family. Because of Defendants action, my business for elderly care was closed for more than a year. Due to the case at hand, my daughter has put a hold upon her medical school, elongating the time of graduation which ultimately results in the time of income as well. In addition, setting aside the default would give more of an opportunity for Defendants to dismiss

1

DECLARATION OF SHAHIDA ALI 2

themselves, ignoring the Fraud that was clearly committed. Downey Savings and Loan created their own Deed upon the property and recorded it, without having a transfer of deed, giving them the authority to record a deed. The District Attorney's office has been contacted regarding the nature of the Fraud with an investigation at hand. Deutsche Bank willfully accepted the Deed knowing of the acts committed by Downey Savings and Loan.

    I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

    Executed in Diamond Bar, California, on this 24th day of June 2010.

*/s/ Shahida Ali*

SHAHIDA ALI

DECLARATION OF SHAHIDA ALI 2