SHAHIDA ALI
688 FEATHERWOOD DRIVE
DIAMOND BAR, CA 91765
(951) 743-7452
Pro Per

FILED
2010 JUN 24 PM 12: 15
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

SHAHIDA ALI,

    Plaintiff,

-VS-

DOWNEY SAVINGS AND LOAN;
CENTRAL MORTGAGE COMPANY;
DEUTSCHE BANK NATIONAL TRUST
COMPANY; and DOES 1-100, Inclusive

    Defendants.

)
)
) Case No.: 2:10-cv-03798-GAF-(FMOx)
)
)
) **DECLARATION OF ZEENAT ALI IN**
) **SUPPORT OF OPPOSITION OF MOTION**
) **TO VACATE DEFAULT AGAINST**
) **DEUTSCHE BANK NATIONAL TRUST**
) **COMPANY AS TRUSTEE FOR DOWNEY**
) **2006-AR1**
)
) Date: July 12, 2010
) Time: 9:30 a.m.
) Ctrm: 740
)
)
)
)

I, Zeenat Ali, declare and state the following:

    I am SHAHIDA ALI'S daughter. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if called upon to do so regarding any matter for the civil action at issue. Due to the case at hand, I have put a hold upon my medical school, elongating the time of graduation, which ultimately results in the time of income as well. Setting aside this default would cause great harm and prejudice upon my family and I in that the Defendants will attempt to use tactics to dismiss themselves from the criminal acts or methods to "cover up" for their client. Downey Savings and Loan created their own Deed upon the property and recorded it, without having a transfer of deed, giving them the authority to record a deed. The District Attorney's office has been contacted regarding the nature of the Fraud with an

**COMPLAINT FOR DECLARATORY RELIEF AND FOR DAMAGES**

investigation at hand. Deutsche Bank willfully accepted the Deed knowing of the acts committed by Downey Savings and Loan.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

Executed in Diamond Bar, California, on this 24th day of June 2010.

_____

ZEENAT ALI

**COMPLAINT FOR DECLARATORY RELIEF AND FOR DAMAGES**